EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Miguel A. Rodríguez Vázquez | 2008 TSPR 172<br><br>175 DPR \_\_\_\_ |
| --- | --- |

Número del Caso: TS-5919

Fecha: 24 de octubre de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Miguel A. Rodríguez Vázquez

Queja

TS-5919

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de octubre de 2008.

Atendidas la Solicitud de baja voluntaria como miembro del Colegio de Abogados presentada por el Lcdo. Miguel A. Rodríguez Vázquez y la Moción en contestación a resolución presentada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del Lcdo. Miguel A. Rodríguez Vázquez.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo